FIRST STATE INS. CO. v. SHARP.
(No. 1733.)

(Court of Civil Appeals of Texas. Texarkana. Jan. 25, 1917.)

APPEAL AND ERROR ☞548(2) — RECORD — STATEMENT OF FACTS.

In the absence of statement of facts, only assignments needing no reference to the facts for determination can be considered.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. § 2438.]

Appeal from Cherokee County Court; C. E. Gibson, Judge.

Action by U. J. Sharp against the First State Insurance Company. Judgment for plaintiff, and defendant appeals. Affirmed.

Guinn & Guinn, of Rusk, for appellant. R. M. Wynne, of Troupe, and Perkins & Perkins, of Rusk, for appellee.

HODGES, J. This appeal is from a judgment in favor of the appellee for the sum of $300 upon a contract of insurance. The record contains no statement of facts, and we are unable to pass upon those assignments which must be determined by reference to the facts. The petition was not subject to the general demurrer interposed, and the pleadings are sufficient to support the judgment rendered.

There being no other assignments that we can inquire into, the judgment of ·the trial court is affirmed.